1

2

3

4                          **UNITED STATES DISTRICT COURT**

5                              **DISTRICT OF NEVADA**

6                                    * * *

7    V- B-,                                    Case No. Case No. 2:25-cv-02085-APG-NJK

8                  Petitioner,                 **ORDER TRANSFERRING CASE**

9           v.

10

11   JOHN MATTOS, *et al.*,

12              Respondents.

13

14        This Petition for Writ of Habeas Corpus is related to two putative habeas class actions

15   pending before Judge Boulware in Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-

16   BNW. The actions involve similar questions of fact and law, and assignment to the same district

17   judge is likely to affect a substantial savings of judicial effort. LR 42-1(a)(3). Moreover, it would

18   entail substantial duplication of labor if the actions were heard by different judges. LR 42-1(a)(5).

19   Because the cases are related, assignment to the same judge is likely to result in a substantial

20   savings of judicial effort and reduce duplication of labor. See Fed. R. Civ. P 42(a) (allowing courts

21   to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions

22   involving a common question of law or fact are pending before the court). Accordingly, the

23   assigned judges agree to transfer Case No. 2:25-cv-02085-APG-NJK to the judge to whom the

24   earliest-filed action is assigned for all further proceedings.

25        ///

26        ///

27        ///

28        ///

For the foregoing reasons, **IT IS HEREBY ORDERED** that the Clerk of Court is kindly directed to transfer Case No. 2:25-cv-02085-APG-NJK to Judge Richard F. Boulware, II.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to administratively **RELATE** this matter to Case Nos. 2:25-cv-01542-RFB-EJY and 2:25-cv-01553-RFB-BNW.


**DATED:** October 30, 2025.

**RICHARD F. BOULWARE, II**
UNITED STATES DISTRICT JUDGE

**ANDREW P. GORDON**
CHIEF UNITED STATES DISTRICT JUDGE