UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| V-B-,<br><br>Petitioner,<br><br>v.<br><br>JOHN MATTOS, *et al.*,<br><br>Respondents. | Case No. 2:25-cv-02085-RFB-NJK<br><br>**ORDER** |

This is a habeas corpus action brought under 28 U.S.C. § 2241 by an individual incarcerated at the Nevada Southern Detention Center. Petitioner, who is represented by counsel, initiated this action on October 25, 2025, by submitting a petition for Writ of Habeas Corpus and paying the filing fee for the action (ECF No. 1). Petitioner initiated the action anonymously, using the initials "V-B-," and alleging that "public identification creates a risk of retaliatory physical harm risk due to Petitioner's status as an asylum seeker in the United States, and the nature of Petitioner's claim is sensitive and highly personal." Id. at 4 n.2.

The Court has examined the petition under Rule 4 of the Rules Governing Section 2254 Cases. See Rule 1(b), Rules Governing Section 2254 Cases (a district court may "apply any or all of these rules" to any habeas petition). The Court (1) determines that the Petition merits service and (2) preliminarily believes Petitioner can likely demonstrate that his circumstances warrant the requested relief.

Thus, pursuant to 28 U.S.C. § 2243, Respondents are **ORDERED TO SHOW CAUSE** in

writing no later than **5:00 p.m.** on **November 6, 2025,** on why the Court should not grant the Petition. Petitioner may file a reply no later than **November 10, 2025**. The Parties are further ordered to appear for a hearing on the Petition before the undersigned at **10:00 a.m. on November 14, 2025, in Las Vegas Courtroom 7C**.

  **IT IS FURTHER ORDERED** that Respondents must file with their Response to this Order any documents referenced or relied upon in their responsive pleading.

  **IT IS FURTHER ORDERED** that Respondents shall not transfer Petitioner out of this District. See F.T.C. v. Dean Foods Co., 384 U.S. 597, 604 (1966) (noting the court's "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction"). Given the exigent circumstances, the Court finds that this order is warranted to maintain the *status quo* pending the hearing and any subsequent order and finds that Petitioner has satisfied the factors governing the issuance of such preliminary relief.

  **IT IS FURTHER ORDERED** that the Clerk of the Court:

1. **DELIVER** a copy of the Petition (ECF No. 1) and this Order to the U.S. Marshal for service.

2. **SEND**, through CM/ECF, a copy of the Petition (ECF No. 1) and this Order to the United States Attorney for the District of Nevada in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) by adding United States Attorney for the District of Nevada to the docket as an Interested Party at Sigal.Chattah@usdoj.gov, Veronica.criste@usdoj.gov, caseview.ecf@usdoj.gov.

3. **MAIL** a copy of the Petition (ECF No. 1) and this Order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

  a. John Mattos, Warden, Nevada Southern Detention Center, 2190 E. Mesquite Ave., Pahrump, NV 89060;

b. Robert Culley, Field Office Director, Las Vegas Field Office, U.S. Immigration & Customs Enforcement, 501 S. Las Vegas Blvd. Suite 100, Las Vegas, NV 89101;

c. Jason Knight, Regional Director, Salt Lake City Field Office, U.S. Immigration & Customs Enforcement, 2975 Decker Lake Drive, Suite 100, West Valley City, UT 84119-6096;

d. Todd Lyons, Acting Director, U.S. Immigration and Customs Enforcement, 500 12th St. SW, Washington, DC 20536;

e. Kristi Noem, Secretary of the U.S. Department of Homeland Security, 801 Nebraska Ave. NW, Washington, DC 20528;

f. Pam Bondi, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001.

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the Petition (ECF No. 1) and this Order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United State Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that, pursuant to General Order 2025-07, <u>In Re: Stay of Civil Proceedings Involving the United States During Lapse of Appropriations</u>, Petitioner's counsel is instructed to **SEND** by electronic mail a courtesy copy of the Petition to the Civil Division of the U.S. Attorney's Office for the District of Nevada at USANV.CivilDuty@usdoj.gov and on the Civil Chief for the U.S. Attorney's Office for the District Nevada at Summer.Johnson@usdoj.gov.

**DATED**: October 30, 2025.



_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

- 3 -